PETER B. BUNTING (State Bar No. 124104)
Attorney at Law
2501 West Shaw Avenue, Suite 119
Fresno, CA 93711
(559) 226-4030 – Telephone
(559) 226-4148 - Facsimile
e-mail: info@peterbbuntinglaw.com

Attorney for Debtors Perez

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA, FRESNO

In Re:

Mario Francisco Perez
and Diana Valenzuela Perez,
dba Mario's Landscaping,
dba Apartamentos Los Olivos

Debtors.

Chapter 13
Case No.: 15-13604
DC No. PBB-1

**HEARING**
Date: N/A
Time: N/A
Ctrm: 11
Dept. A (5th Floor)
United States Bankruptcy Court
2500 Tulare Street
Fresno CA 93721-1318

[HONORABLE FREDERICK E. CLEMENT]

**ORDER SHORTENING TIME ON MOTION FOR AUTHORITY TO USE CASH COLLATERAL**

At Fresno, in the Eastern District of California:

The Application for Order Shortening Time on Motion For Authority to Use Cash Collateral was brought before this Court for its consideration.

RECEIVED
September 14, 2015
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005620375

The Court having reviewed said Application and the Declaration of Peter B. Bunting and having determined that good cause exists for granting the Application, now therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Application is granted.

2. The period of notice is reduced.

3. The hearing shall be set to take place in Fresno on September 24, 2015, at 10:00 A.M.

4. The Debtors shall give notice in accordance with BR 4001(b)(1) and/or (d)(1). ~~The Debtors have served the Motion on the secured creditor U.S. Bank, U.S. Bank's counsel of record in state judicial foreclosure and receivership proceedings, all taxing agencies, two holders of recorded abstracts of judgment, Michael H. Meyer, Chapter 13 Trustee, and the U.S. Trustee's Office~~ by September 16, 2015.

5. The Motion ~~[shall be served/~~ shall not be served] on all unsecured creditors.

6. Objections to the Motion may be made at the hearing.

Dated: Sep 14, 2015

Fredrick E. Clement
United States Bankruptcy Judge