Joshua D. Wayser (SBN 152711)
joshua.wayser@kattenlaw.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone:     310.788.4400
Facsimile:     310.788.4471

Attorneys for Secured Creditor
U.S. Bank National Association, as successor-in-interest to the
Federal Deposit Insurance Corporation,
as receiver for Park National Bank

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>MARIO FRANCISCO PEREZ AND DIANA VALENZUELA PEREZ,<br><br>Debtor(s). | Case No. 1:15-bk-13604<br><br>Chapter 13<br><br>**NOTICE OF CLAIM TO RENTS; NOTICE OF INTENT TO FILE MOTION TO EXCUSE TURNOVER AND MAINTAIN RECEIVERSHIP** |

**TO ALL INTERESTED PARTIES:**

Secured creditor U.S. Bank National Association, a national banking association, as successor-in-interest to the Federal Deposit Insurance Corporation, as receiver for Park National Bank ("U.S. Bank") hereby gives notice to Debtors that U.S. Bank has a perfected absolute assignment of the accounts, cash, rents, issues, and profits ("Rents") from the real property commonly known as and located at 1715 North Street, Firebaugh California 93622 (the "Property"), and U.S. Bank has taken enforcement actions for the Rents within the meaning of Section 2938(c) of the California Civil Code. Specifically, a receiver was appointed over the Property by the Superior Court of the State of California for the County of Fresno on August 4, 2015, and U.S. Bank intends to file a motion to maintain the receivership in possession of the Property and excuse turnover under 11 U.S.C. § 543.

1

Absent the prior written consent of U.S. Bank and an order of this Court, the Rents may not be used for any purpose by Debtors or by any party holding the Rents in trust for Debtors.

Dated:  September 14, 2015        KATTEN MUCHIN ROSENMAN LLP
Joshua D. Wayser

By: */s/ Joshua D. Wayser*
Attorneys for Secured Creditor
U.S. Bank National Association, as successor-in-interest to the Federal Deposit Insurance Corporation, as receiver for Park National Bank

US_111037194v1_340000-20068 9/14/2015 3:03 PM